1 | Jason W. Estavillo (CA SBN 188093)
Caitlin M. Phair (CA SBN 306685)
2 | LAW OFFICES OF JASON ESTAVILLO
1330 Broadway, Suite 501
3 | Oakland, CA 94612
Telephone: (510) 982-3001
4 | Facsimile: (510) 982-3002
Email: jason@estavillolaw.com
5 | caitlin@estavillolaw.com

6 | Attorneys for Plaintiffs
HAROLD P. REILAND JR. and
7 | MELINDA P. REILAND

9 | Joseph E. Addiego III (CA SBN 169522)
Monder Khoury (CA SBN 312949)
10 | DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
11 | San Francisco, California 94111
Telephone: (415) 276-6500
12 | Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com
13 | mikekhoury@dwt.com

14 | Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Case No. 4:19-cv-01084-HSG

STIPULATION AND ORDER
GRANTING EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT
4830-6447-7328v.1 0036234-000791

| | |
|---|---|
| HAROLD P. REILAND JR. and MELINDA P. REILAND,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; CLEAR RECON CORP.; and DOES 1-20,<br><br>Defendants. | Case No. 4:19-cv-01084-HSG<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFFS' COMPLAINT** |

| | |
|---|---|
| 1 | Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland ("Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") hereby stipulate for an additional extension of time for Defendant to respond to Plaintiffs' Complaint for Declaratory Relief and Violation of Cal. Civil Code Section 2923.6. |

Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland ("Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") hereby stipulate for an additional extension of time for Defendant to respond to Plaintiffs' Complaint for Declaratory Relief and Violation of Cal. Civil Code Section 2923.6.

The Complaint was filed on February 11, 2019 in the Superior Court for Contra Costa County, and served on Defendant on February 11, 2019.

Defendant removed the matter to this court on February 27, 2019.

On March 4, 2019, the Parties stipulated to a 30 day extension for Defendant to file a response to the Complaint from March 7, 2019 to April 8, 2019 [Dkt 7].

The Parties continue to discuss resolution of this matter and hereby stipulate to an additional 45 day extension of Defendant's deadline to respond to the Complaint, from April 8, 2019 to May 23, 2019.

The extension will not alter the date of any event or any deadline already fixed by Court order.

DATED: April 5, 2019.                    LAW OFFICES OF JASON ESTAVILLO


By: */s/ Caitlin M. Phair*
    Jason W. Estavillo
    Caitlin M. Phair

Attorneys for Plaintiffs
HAROLD P. REILAND JR. and MELINDA P. REILAND


DATED: April 5, 2019                     DAVIS WRIGHT TREMAINE LLP
    Joseph E. Addiego III
    Monder Khoury


By: */s/ Monder Khoury*
    Joseph E. Addiego III
    Monder Khoury

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# FILER'S ATTESTATION

I, Monder Khoury, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Granting Extension of Time for Defendant JPMorgan Chase Bank, N.A. to Respond to Plaintiffs' Complaint on behalf of Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland and Defendant JPMorgan Chase Bank, N.A. In compliance with L.R. 5-1(i)(3), I hereby attest that Plaintiffs' counsel Jason W. Estavillo and Caitlin M. Phair concurs in this filing.

DATED: April 5, 2019                        DAVIS WRIGHT TREMAINE LLP


By:  */s/ Monder Khoury*
     Josepha E. Addiego III
     Monder Khoury

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.


# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, that Defendant JPMorgan Chase Bank, N.A.'s deadline to respond to Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland's Complaint is extended from April 8, 2019 to May 23, 2019.

Dated: April 8, 2019

_____
JUDGE HAYWOOD S. GILLIAM, JR.