1 | Jason W. Estavillo (CA SBN 188093)
Caitlin M. Phair (CA SBN 306685)
2 | LAW OFFICES OF JASON ESTAVILLO
1330 Broadway, Suite 501
3 | Oakland, CA 94612
Telephone: (510) 982-3001
4 | Facsimile: (510) 982-3002
Email: jason@estavillolaw.com
5 | caitlin@estavillolaw.com

6 | Attorneys for Plaintiffs
HAROLD P. REILAND JR. and
7 | MELINDA P. REILAND

9 | Joseph E. Addiego III (CA SBN 169522)
Monder Khoury (CA SBN 312949)
10 | DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
11 | San Francisco, California 94111
Telephone: (415) 276-6500
12 | Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com
13 | mikekhoury@dwt.com

14 | Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Case No. 4:19-cv-01084-HSG

REVISED STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND CONTINUING CMC

4831-4299-0999v.1 0036234-000791

| | |
|---|---|
| HAROLD P. REILAND JR. and MELINDA P. REILAND,<br><br>        Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.; CLEAR RECON CORP.; and DOES 1-20,<br><br>        Defendants. | Case No. 4:19-cv-01084-HSG<br><br>**REVISED STIPULATION AND ORDER RE ADDITIONAL EXTENSION OF TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFFS' COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**Civ. L.R. 6-1(b) & 6-2** |

| | |
|---|---|
| 1 | Per Local Rules 6-1 and 6-2, Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland |
| 2 | ("Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") hereby stipulate for an |
| 3 | additional extension of time for Defendant to respond to Plaintiffs' Complaint for Declaratory |
| 4 | Relief and Violation of Cal. Civil Code Section 2923.6, and to continue the Case Management |
| 5 | Conference and related deadlines. |

Per Local Rules 6-1 and 6-2, Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland ("Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") hereby stipulate for an additional extension of time for Defendant to respond to Plaintiffs' Complaint for Declaratory Relief and Violation of Cal. Civil Code Section 2923.6, and to continue the Case Management Conference and related deadlines.

The Complaint was filed on February 11, 2019 in the Superior Court for Contra Costa County, and served on Defendant on February 11, 2019.

Defendant removed the matter to this court on February 27, 2019.

On March 4, 2019, the Parties stipulated to a 30 day extension for Defendant to file a response to the Complaint from March 7, 2019 to April 8, 2019 [Dkt 7].

On April 5, 2019, the Parties stipulated to an additional 45-day extension for Defendant to file a response to the Complaint from April 8, 2019 to May 23, 2019 [Dkt 14].

Thereafter, Plaintiffs' counsel, Ms. Phair, went on bereavement leave and was unavailable for several weeks.

The Parties continue to discuss resolution of this matter and hereby stipulate to an additional 45-day extension of Defendant's deadline to respond to the Complaint, from May 23, 2019 to July 8, 2019.

A case management conference is currently set for June 4, 2019 at 2:00 p.m. in Courtroom 2, 4th Floor. The Parties stipulate to continue the conference to Tuesday, July 30, 2019 at 2:00 pm. in Courtroom 2, 4th Floor, or as soon thereafter as the Court is available. The Parties also stipulate to continue all Case Management Conference and related discovery deadlines, to be calculated based on the continued date for the Case Management Conference.

DATED: May 23, 2019.                                LAW OFFICES OF JASON ESTAVILLO

                                                    By: */s/Caitlin M. Phai*
                                                        Jason W. Estavillo
                                                        Caitlin M. Phair

                                                    Attorneys for Plaintiffs
                                                    HAROLD P. REILAND JR. and MELINDA P. REILAND

| | |
|---|---|
| DATED: May 23, 2019 | DAVIS WRIGHT TREMAINE LLP |
| | By: */s/Monder Khoury*<br>    Joseph E. Addiego III<br>    Monder Khoury |
| | Attorneys for Defendant<br>JPMORGAN CHASE BANK, N.A. |

### FILER'S ATTESTATION

I, Monder Khoury, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Granting Additional Extension of Time for Defendant JPMorgan Chase Bank, N.A. to Respond to Plaintiffs' Complaint and Continuing Case Management Conference and Related Deadlines on behalf of Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland and Defendant JPMorgan Chase Bank, N.A.  In compliance with L.R. 5-1(i)(3), I hereby attest that Plaintiffs' counsel Jason W. Estavillo and Caitlin M. Phair concurs in this filing.

| | |
|---|---|
| DATED: May 23, 2019 | DAVIS WRIGHT TREMAINE LLP<br>Joseph E. Addiego III<br>Monder Khoury |
| | By: */s/Monder Khoury*<br>    Joseph E. Addiego III<br>    Monder Khoury |
| | Attorneys for Defendant<br>JPMORGAN CHASE BANK, N.A. |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, that Defendant JPMorgan Chase Bank, N.A.'s deadline to respond to Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland's Complaint is extended from May 23, 2019 to July 8, 2019.

The case management conference currently set for June 4, 2019 is continued to July 30, 2019 at 2:00 pm. in Courtroom 2, 4th Floor. All Case Management Conference and related discovery deadlines shall be continued and calculated based on the new date for the Case Management Conference.

Dated: May 24, 2019



_____
JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

DENIED
Judge Haywood S. Gilliam Jr.

3   Case No. 4:19-cv-01084-HSG
REVISED STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND CONTINUING CMC
4831-4299-0999v.1 0036234-000791