1  Jason W. Estavillo (CA SBN 188093)
   Caitlin M. Phair (CA SBN 306685)
2  LAW OFFICES OF JASON ESTAVILLO
   1330 Broadway, Suite 501
3  Oakland, CA  94612
   Telephone:    (510) 982-3001
4  Facsimile:    (510) 982-3002
   Email:        jason@estavillolaw.com
5                caitlin@estavillolaw.com

6  Attorneys for Plaintiffs
   HAROLD P. REILAND JR. and
7  MELINDA P. REILAND

8

9  Joseph E. Addiego III (CA SBN 169522)
   Monder Khoury (CA SBN 312949)
10 DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
11 San Francisco, California  94111
   Telephone:    (415) 276-6500
12 Facsimile:    (415) 276-6599
   Email:        joeaddiego@dwt.com
13               mikekhoury@dwt.com

14 Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD P. REILAND JR. and MELINDA P. REILAND,<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; CLEAR RECON CORP.; and DOES 1-20,<br><br>Defendants. | Case No.  4:19-cv-01084-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT JPMORGAN CHASE BANK, N.A.'S DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**Civ. L.R. 6-1(b) & 7-12** |

Case No.  4:19-cv-01084-HSG
STIPULATION AND ORDER RE EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT
4820-8340-9048v.1 0036234-000791

| | |
|---|---|
| 1 | Per Civil Local Rule 6-1(b) and 7-12, Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland ("Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") hereby stipulate for an additional extension of time for Defendant to respond to Plaintiffs' Complaint. |

Per Civil Local Rule 6-1(b) and 7-12, Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland ("Plaintiffs") and Defendant JPMorgan Chase Bank, N.A. ("Defendant") hereby stipulate for an additional extension of time for Defendant to respond to Plaintiffs' Complaint.

The Complaint was filed on February 11, 2019 in the Superior Court for Contra Costa County, and served on Defendant on February 11, 2019.

Defendant removed the matter to this court on February 27, 2019.

On March 4, 2019, the Parties stipulated to a 30-day extension for Defendant to file a response to the Complaint from March 7, 2019 to April 8, 2019 [Dkt 7].

On April 5, 2019, the Parties stipulated to an additional 45-day extension for Defendant to file a response to the Complaint from April 8, 2019 to May 23, 2019 [Dkt 14].

Thereafter, Plaintiffs' counsel, Ms. Phair, went on bereavement leave and was unavailable for several weeks. Ms. Phair has now returned from bereavement leave and the parties have resumed discussion to resolve this matter and are hopeful they will reach a resolution shortly.

In order to conserve judicial resources while the Parties continue to discuss resolution of this matter, the Parties hereby stipulate to an additional 45-day extension of Defendant's deadline to respond to the Complaint, from May 23, 2019 to July 8, 2019.

No other deadlines will be impacted by this stipulation.

DATED: May 28, 2019.                    LAW OFFICES OF JASON ESTAVILLO

By: */s/Caitlin M. Phair*
 Jason W. Estavillo
 Caitlin M. Phair

Attorneys for Plaintiffs
HAROLD P. REILAND JR. and MELINDA P. REILAND

DATED: May 28, 2019                     DAVIS WRIGHT TREMAINE LLP

By: */s/Monder Khoury*
 Joseph E. Addiego III
 Monder Khoury

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

## FILER'S ATTESTATION

I, Monder Khoury, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Granting Additional Extension of Time for Defendant JPMorgan Chase Bank, N.A. to Respond to Plaintiffs' Complaint on behalf of Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland and Defendant JPMorgan Chase Bank, N.A. In compliance with L.R. 5-1(i)(3), I hereby attest that Plaintiffs' counsel Jason W. Estavillo and Caitlin M. Phair concurs in this filing.

DATED: May 28, 2019

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego III
Monder Khoury

By: */s/Monder Khoury*
    Joseph E. Addiego III
    Monder Khoury

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, that Defendant JPMorgan Chase Bank, N.A.'s deadline to respond to Plaintiffs Harold P. Reiland Jr. and Melinda P. Reiland's Complaint is extended from May 23, 2019 to July 8, 2019.

Dated: May 29, 2019

JUDGE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE